# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILHYPER, INC., a California corporation,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED LIFT EQUIPMENT, LLC., a New York limited company; and ARCANGELO CAPOZZOLO,<br><br>  Defendants. | Case No.: 19cv1304-JAH (RBB)<br><br>**ORDER STAYING CASE PENDING BANKRUPTCY PROCEEDINGS** |

On February 21, 2020, Defendants United Lift Equipment, LLC and Arcangelo Capozzolo filed a notice of bankruptcy and automatic stay based upon the filing of the bankruptcy petition in the United States Bankruptcy Court for the Western District of New York on December 6, 2019. *See* Doc. No. 7, Exh. A; Bankruptcy Case No. 1-19-12520. Pursuant to 11 U.S.C. § 362, Defendant's bankruptcy petition operates as an automatic stay on the instant action. *See* 11 U.S.C. § 362(a).

Accordingly, IT IS HEREBY ORDERED that:

1. This action is **STAYED** pending termination of Defendant United Lift Equipment, LLC and Arcangelo Capozzolo's bankruptcy proceeding;

2. Defendants shall **NOTIFY** this Court of the termination of their bankruptcy proceeding within two weeks following termination thereof; and
3. Following termination of Defendant's bankruptcy proceeding, this Court will issue further orders as required.

Dated: February 25, 2020

_____
Hon. John A. Houston
United States District Judge