# MINUTES OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

LILHYPER, INC. v. UNITED LIFT EQUIPMENT, LLC     Case No.: 19cv1304-JAH(RBB)

Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE     Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |

PROCEEDINGS:    ☐ In Chambers    ☐ In Court    ☐ Telephonic

In view of the Order Staying Case Pending Bankruptcy Proceedings [ECF No. 8], the early neutral evaluation conference set for March 4, 2020, is vacated.

DATE: February 26, 2020     IT IS SO ORDERED:     *Ruben Brooks*

Ruben B. Brooks,
U.S. Magistrate Judge

cc: Judge Houston
     All Parties of Record