UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILHYPER, INC., a California corporation,<br><br>                            Plaintiff,<br><br>v.<br><br>UNITED LIFT EQUIPMENT, LLC, a New York limited liability company; and ARCANGELO CAPOZZOLO,<br><br>                           Defendants. | Case No.: 3:19-cv-01304-JAH-JLB<br><br>**ORDER CONTINUING STAY** |

On February 21, 2020, Defendants filed a notice of bankruptcy and automatic stay based upon the filing of a bankruptcy petition in the United States Bankruptcy Court for the Western District of New York on December 6, 2019. (ECF No. 7). On February 25, 2020, this Court issued an Order staying this action pending Defendants' bankruptcy proceedings. (ECF No. 8). On February 13, 2023, the Court ordered the parties to file a joint status report regarding the status of bankruptcy proceedings.

On March 31, 2023, Plaintiff Lilhyper, Inc. ("Plaintiff") filed a status report stating that it "does not appear the bankruptcy case will be dismissed in the near future, and, thus, it would be appropriate for this Court to dismiss this action without prejudice. In the unlikely event the [bankruptcy] case is dismissed, [P]laintiff would seek leave to re-open

1  the case." (ECF No. 13). However, the Court cannot dismiss this case without prejudice
2  because Plaintiff has not filed a request for dismissal, and the Court does not construe
3  Plaintiff's foregoing statement made in its status report to be a request for dismissal. Thus,
4  the Court continues the stay of this case pending termination of the bankruptcy
5  proceedings.
6       The Court's Order of February 13, 2023 requiring the parties to file a Joint Status
7  Report regarding the current status of bankruptcy proceedings **every 90 days** remains in
8  effect.
9       **IT IS SO ORDERED.**
10 DATED: April 6, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE